1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
EASTERN DISTRICT OF CALIFORNIA
8
9
10
11    KEVIN D. BRYANT,

12         Plaintiff,

13    vs.

14    CONSTANCE WADDLE, et al.,

15         Defendants.

16

) 1:12-cv-02074 DLB PC
)
) ORDER DENYING PLAINTIFF'S MOTION
) FOR COURT ORDER DIRECTING
) DEFENDANTS TO PRESERVE RECORDS
) [ECF No. 17]
)
)
)
)

17        Plaintiff Kevin D. Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma

18    pauperis in this civil rights action.  Plaintiff filed this action on December 26, 2012.[1]  He names

19    Correctional Lieutenant Constance Waddle and Correctional Officer E. Castellanos as

20    Defendants.

21        On July 24, 2014, Plaintiff filed a motion for a court order directing Defendants and the

22    CDCR to preserve all records of all the investigations into the June 8, 2010, assault which is the

23    subject of this litigation.

24        "Litigants owe an uncompromising duty to preserve what they know or reasonably

25    should know will be relevant evidence in a pending lawsuit, or one in the offing . . . ." Judge

26

27    William W. Schwarzer, et al., Federal Civil Procedure Before Trial § 11:125 (2004) (internal

28    _____

[1] On March 18, 2013, Plaintiff consented to the jurisdiction of the United States Magistrate Judge.

1

quotations and citations omitted).  Further, the destruction of evidence is sanctionable conduct. Given the duty to preserve evidence and the absence of any authority set forth by Plaintiff in his motion, Plaintiff's motion is denied.  The court declines to presume that Defendants will destroy evidence and Plaintiff has provided no evidence that the records and evidence are in danger of being destroyed.

Accordingly, Plaintiff's motion seeking a court order prohibiting Defendants from destroying evidence, filed July 24, 2014, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **January 21, 2015**            /s/ *Dennis L. Beck*
                              UNITED STATES MAGISTRATE JUDGE