UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONSTANCE WADDLE, C/O E. CASTELLANOS,<br><br>　　　　Defendants. | Case No. 1:12-CV-02074 DAD DLB PC<br><br>**ORDER GRANTING DEFENDANT WADDLE'S EX PARTE APPLICATION TO MODIFY THE SCHEDULING ORDER TO BRING MOTION FOR SUMMARY JUDGMENT RE EXHAUSTION** |

　　GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the Ex Parte Application to Modify the Scheduling Order to Bring Motion for Summary Judgment regarding Exhaustion.  The deadline for Defendant Waddle to file a dispositive motion regarding exhaustion of administrative remedies is extended to April 1, 2016.

IT IS SO ORDERED.

　　Dated: **January 11, 2016**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4839-9814-1996 v1

1:12−CV−02074−DAD−DLB
ORDER