UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. ROMERO, et al.,<br><br>　　　　　　Defendants. | No. 12-cv-02074-DAD-DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 56, 63) |

　　　　Plaintiff Kevin D. Bryant, a state prisoner proceeding pro se and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 26, 2012.  (Doc. No. 1.)  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 9, 2015, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief and/or motion for alternate way of communicating with other inmates be denied.  (Doc. No. 63.)  Those findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within thirty (30) days.  On February 11, 2016, plaintiff filed objections.  (Doc. No. 84.)  Defendants did not file a reply.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds that the

1

findings and recommendations are supported by the record and by proper legal analysis.  As, the assigned magistrate judge concluded, this court lacks jurisdiction to grant the specific relief which plaintiff has requested.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations, filed December 9, 2015, are ADOPTED in full; and

      2.  Plaintiff's motion for injunctive relief and/or motion for an alternate way of communicating with other inmates is DENIED.

IT IS SO ORDERED.

Dated:   **March 9, 2016**   _____
                                                   UNITED STATES DISTRICT JUDGE