UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONSTANCE WADDLE, C/O E. CASTELLANOS,<br><br>　　　　　Defendants. | Case No. 1:12−CV−02074−DAD−DLB<br><br>[**PROPOSED**] **ORDER GRANTING EX PARTE APPLICATION OF DEFENDANT WADDLE FOR LEAVE TO SUPPLEMENT THE MOTION FOR SUMMARY JUDGMENT WITH DECLARATION OF FORMER APPEALS COORDINATOR B. DAVEIGA** |

GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants the Ex Parte Application of Defendant Waddle for Leave to Supplement the Motion for Summary Judgment with the Declaration of former Appeals Coordinator B. Daveiga. The declaration of B. Daveiga, attached as Exhibit A, is deemed filed.

IT IS SO ORDERED.

Dated: __**April 5, 2016**__　　　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4829-1912-6320 v1

1:12−CV−02074−DAD−DLB
[PROPOSED] ORDER