# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. ROMERO, et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-02074 DAD DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO RE-FILE PLAINTIFF'S MOTION FOR ORDER COMPELLING DISCLOSURE IN CASE NO. 1:11-CV-00446 BAM PC<br><br>[ECF No. 104] |

　　　　Plaintiff Kevin D. Bryant ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

　　　　On May 23, 2016, Plaintiff filed a motion for an order compelling Defendant Castellanos and his attorney Diana Esquivel to disclose names and addresses of all witnesses he intends to subpoena for trial.  Plaintiff has filed this motion in the wrong case.  Plaintiff captioned the motion for the instant case, but the motion concerns Case No. 1:11-cv-00446 BAM PC and the trial set for October 18, 2016.

　　　　Accordingly, the Clerk of Court is DIRECTED to re-file ECF No. 104 in Case No. 1:11-cv-00446 BAM PC.

IT IS SO ORDERED.

　　Dated:  __May 24, 2016__　　　　　　　　__/s/ Sandra M. Snyder__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1