# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>        Plaintiff,<br><br>  v.<br><br>R. ROMERO, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-02074 DAD DLB PC<br><br>ORDER DIRECTING PERSONAL SERVICE OF SUBPOENAS DUCES TECUM WITHIN SEVEN DAYS BY UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>[ECF No. 107] |

      Plaintiff Kevin D. Bryant ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 28 U.S.C. § 1983.  This action is proceeding against Defendants Waddle and Castellanos for violating Plaintiff's First Amendment rights by retaliating against him.

      On June 3, 2016, the Court issued an order authorizing the issuance of a subpoena duces tecum.  Fed. R. Civ. P. 4, 45; 28 U.S.C. § 1915(d).

      The requisite notice having been issued pursuant to Federal Rule of Civil Procedure 45(a)(4), it is HEREBY ORDERED that:

      1.     The Clerk of the Court shall forward the following documents to the United States Marshal (USM):

            a.     Two (2) completed and issued subpoenas duces tecum to be served on:

1

Christian Pfeiffer
Warden of Kern Valley State Prison
3000 West Cecil Avenue
Delano, CA 93216

    b.    Two (2) completed USM-285 forms; and

    c.    Four (4) copies of this order, two to accompany the subpoenas and two for the USM;

2.    Within seven (7) calendar days from the date of this order, the USM is DIRECTED to serve the subpoenas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure;

3.    The USM SHALL effect personal service of the subpoena duces tecum, along with a copy of this order, upon the individual/entity named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and

4.    Within ten (10) days after personal service is effected, the USM SHALL file the returns of service, along with the costs subsequently incurred in effecting service, and said costs shall be enumerated on the USM-285 form.

IT IS SO ORDERED.

Dated: **June 24, 2016**          /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE

## Issued by the
## UNITED STATES DISTRICT COURT

Eastern District of California

| KEVIN D. BRYANT | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| R. ROMERO, et al. | Case Number:[1] 1:12-cv-02074 DAD DLB PC |

TO: Christian Pfeiffer,
Warden of Kern Valley State Prison
3000 West Cecil Avenue
Delano, CA 93216

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT #1

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | 6/27/2016 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
C. Marrujo, U.S.D.C. 2500 Tulare Street, Suite 1501, Fresno, CA 93721 (559) 499-5600

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

**Attachment 1**

**You are commanded to produce and permit inspection and copying of the following documents, including but not limited to documents which are retained in paper, electronically stored, preserved in microfiche, etc.**

**No. 1:** Produce any and all records, reports, and recorded interviews of internal investigations conducted by the CDCR concerning allegations that Defendant E. Castellanos and/or Defendant Constance Waddle had, or attempted to have, an inmate assaulted by other inmates.

# Issued by the
# UNITED STATES DISTRICT COURT

Eastern District of California

| KEVIN D. BRYANT | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| R. ROMERO, et al. | Case Number:[1]  1:12-cv-02074 DAD DLB PC |

TO: Christian Pfeiffer,
Warden of Kern Valley State Prison
3000 West Cecil Avenue
Delano, CA 93216

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHMENT #2

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| | 6/27/2016 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

C. Marrujo, U.S.D.C. 2500 Tulare Street, Suite 1501, Fresno, CA 93721 (559) 499-5600

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

**Attachment 2**

**You are commanded to produce and permit inspection and copying of the following documents, including but not limited to documents which are retained in paper, electronically stored, preserved in microfiche, etc.**

**No. 1:** Produce any and all records, reports, and recorded interviews of investigations conducted by the CDCR concerning Plaintiff's allegations of staff misconduct of Correctional Officers Patrick Gallagher and Ramon R. Romero with respect to the June 8, 2010, assault on Plaintiff.