UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>R. ROMERO, et al.,<br><br>　　　　　Defendants. | 1:12-cv-02074-DAD-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS CASTELLANOS AND WADDLE, WITHIN SIXTY (60) DAYS<br>(ECF Nos. 92, 96.) |

　　　　On March 28, 2016, defendant E. Castellanos filed a motion for summary judgment, (ECF No. 92), and on April 1, 2016, defendant C. Waddle filed a motion for summary judgment, (ECF No. 96). Plaintiff was required to file an opposition or a statement of non-opposition to each of the motions within twenty-one days, but has not done so. Local Rule 230(*l*).

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Within **sixty (60) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to each of two motions for summary judgment:

　　　　　　　(1)　　Motion for Summary Judgment filed by defendant Castellanos on March 28, 2016; and

        (2)    Motion for Summary Judgment filed by defendant Waddle on April 1, 2016;

2.    If Plaintiff fails to comply with this order, this action will be dismissed, with prejudice, for failure to obey the court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 27, 2016**                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE