UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>R. ROMERO, et al.,<br><br>　　　　Defendants. | 1:12-cv-02074-DAD-GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (ECF No. 172.)<br><br>TWENTY-ONE DAY DEADLINE TO FILE REPLIES TO DEFENDANTS' OPPOSITIONS TO MOTION TO EXTEND DISCOVERY |

　　　Plaintiff is a prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 3, 2016, Plaintiff filed a motion for a twenty-one day extension of time to file replies to Defendants' oppositions to Plaintiff's motion to extend discovery.  (ECF No. 172.)

　　　The Court finds good cause to grant Plaintiff an extension of time.  Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted twenty-one days from the date of service of this order in which to file replies to Defendants' oppositions to Plaintiff's motion to extend discovery.

IT IS SO ORDERED.

　Dated:　**November 8, 2016**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE