UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>        Plaintiff,<br><br>    vs.<br><br>R. ROMERO, et al.,<br><br>        Defendants. | 1:12-cv-02074-DAD-GSA-PC<br><br>ORDER REQUIRING DEFENDANTS TO NOTIFY COURT WHETHER THEY CONSENT TO MAGISTRATE JUDGE JURISDICTION BY JANUARY 20, 2017<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND CONSENT/DECLINE FORMS TO DEFENDANTS |

Kevin D. Bryant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 26, 2012. (ECF No. 1.) This case now proceeds with the First Amended Complaint filed by Plaintiff on December 2, 2013, against defendants Lieutenant C. Waddle and Correctional Officer E. Castellanos, on Plaintiff's First Amendment claim for retaliation. (ECF No. 16.) The events in the complaint allegedly occurred at Kern Valley State Prison (KVSP) when Plaintiff was incarcerated there in the custody of the California Department of Corrections and Rehabilitation (CDCR).

On March 18, 2013, Plaintiff consented to the jurisdiction of a Magistrate Judge pursuant to 28 U.S.C. § 636(c). (ECF No. 9.) On April 6, 2015, defendants Waddle and Castellanos declined Magistrate Judge jurisdiction. (ECF No. 27.) Since that time this case has been reassigned to District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin. In light of the reassignment of judges, the Court requests Defendants to reconsider whether they will consent to Magistrate Judge jurisdiction. Defendants shall complete the enclosed consent/decline form, indicating whether they consent to or decline Magistrate Jurisdiction, and return the form to the Court on or before January 20, 2017, for filing.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk is directed to send the Court's consent/decline form to defendants Waddle and Castellanos; and

2. On or before January 20, 2017, defendants Waddle and Castellanos shall complete the enclosed consent/decline form and return it to the Court for filing.

IT IS SO ORDERED.

Dated: **January 13, 2017**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE