FILED

MAR -8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>R. ROMERO, et al.,<br><br>　　　　　Defendant. | 1:12-cv-02074-DAD-DLB PC<br><br>[~~PROPOSED~~] PROTECTIVE ORDER |

　　　The Court hereby imposes restrictions on the use and dissemination of the confidential records produced by the California Department of Corrections and Rehabilitation (CDCR) pursuant to the subpoenas duces tecum served on CDCR on August 16, 2016. All confidential records produced by CDCR shall be subject to the following restrictions:

　　　1.　　　This protective order applies to any person who obtains possession of the subpoenaed confidential records because they contain information, which if shared, could jeopardize the safety and security of confidential informants, other individuals, and the prisons.

　　　2.　　　The confidential records produced shall not be made available to persons other than:

　　　　　　a.　　The attorney(s) of record for Plaintiff Kevin Bryant;

1

     b.    The attorney(s) of record for Defendants Castellanos and Waddle.

3. Should counsel for Plaintiff or Defendants determine that the documents should be shared with their respective clients, or with others necessary to the litigation of this case, counsel must file a request with the Court to do so.

4. None of the confidential records produced shall be shown to, discussed with, or disclosed in any manner to Plaintiff or Defendants, any inmate or former inmate, any parolee or former parolee, or any other person not specified in paragraph 2, except as authorized by court order after providing an opportunity for CDCR to be heard regarding the request for disclosure.

5. No one with access to the confidential records pursuant to this protective order, as identified in paragraph 2, shall make copies of any documents subject to this protective order.

6. The confidential records produced under this protective order shall be stored and kept in a secure location.

7. At the conclusion of this court proceeding, including any appeals, all confidential records produced by CDCR in this case shall be destroyed or returned to CDCR. If the records are destroyed, written notification of their destruction is to be given to CDCR.

8. All documents produced by CDCR shall be used solely in connection with this court case, including any appeals, and not for any other purpose.

9. Any violation of this order shall result in sanctions by this Court, including contempt, and may be punishable by state or federal law.

10. This order shall remain in full force and effect until further order of this Court.

11. The Court will provide CDCR an opportunity to be heard should the Court find that modification of this order may be necessary.

Dated: 3/8/17

_____
Hon. Gary Austin
United States Magistrate Judge

SA2016301828
32772079.doc