UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>    Plaintiff,<br><br>  vs.<br><br>R. ROMERO, et al.,<br><br>    Defendants. | 1:12-cv-02074-DAD-GSA-PC<br><br>**ORDER RELEASING DOCUMENTS** |

By this order, the court shall release copies of redacted documents to counsel for Plaintiff and counsel for Defendants, subject to the protective order issued on March 8, 2017, and return original documents and CDs to CDCR.

**I.    BACKGROUND**

Kevin D. Bryant ("Plaintiff") is a state prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 26, 2012.  (ECF No. 1.)  This case now proceeds with the First Amended Complaint filed by Plaintiff on December 2, 2013, against defendants Lieutenant C. Waddle and Correctional Officer E. Castellanos ("Defendants"), on Plaintiff's First Amendment claim for retaliation.  (ECF No. 16.)  The events in the Complaint allegedly occurred at Kern Valley State Prison in Delano, California, when Plaintiff was incarcerated there in the custody of the California Department of Corrections and Rehabilitation (CDCR).

On February 6, 2017, the court issued an order advising the parties of the court's intent to release documents, which were provided to the court by CDCR for *in camera* review, after redaction and subject to a protective order. (ECF No. 190.) The order required CDCR to redact personal identifying and other confidential information from the documents and return them to the court within twenty days. CDCR was also instructed to prepare and lodge a proposed protective order with the court, incorporating the limitations on disclosure of the documents as discussed in the order.

On February 28, 2017, CDCR submitted the redacted documents and lodged a proposed protective order, as instructed by the court. (ECF No. 191.) On March 8, 2017, the protective order was issued. (ECF No. 193.) The court shall now release documents as discussed in the February 6, 2017 order. (ECF No. 190.)

The court shall release copies of the redacted documents to counsel representing Plaintiff and counsel representing Defendants, together with the protective order. The recipients of the redacted documents are bound by the protective order, which provides that the confidential records shall not be made available to persons other than the attorneys of record for Plaintiff and Defendants. At the conclusion of this court proceeding, including any appeals, all confidential records produced by CDCR in this case shall be destroyed or returned to CDCR, as directed by the protective order.

The court shall return the original unredacted documents, original CDs, and original redacted documents to CDCR. The court shall not retain any copies of the documents or CDs.

## II. CONCLUSION

Accordingly, **IT IS HEREBY ORDERED** that:

1. The court shall release the confidential documents discussed above, as follows:
    A. One copy of the redacted documents and one copy of the protective order shall be sent to each of the following three recipients:
        (1) The attorneys of record for Plaintiff, Charles Albert Piccuta and Charles Anthony Piccuta, of the Piccuta Law Group, LLP;

    (2)  The attorneys of record for Defendant Waddle, Susan Eileen Coleman and Kristina Doan Greunberg, of Burke, Williams & Sorensen, LLP; and

    (3)  The attorney of record for Defendant Castellanos, Krista Leigh Pollard, of the California Attorney General's Office;

  B. All of the original redacted documents, original unredacted documents, and original CDs submitted for *in camera* review, and one copy of the protective order, shall be returned to CDCR;

2. The court shall not retain any copies of the documents or CDs; and

3. Any violation of the protective order issued on March 8, 2017, shall result in sanctions by the court, including contempt, and may be punishable by state or federal law.

IT IS SO ORDERED.

Dated: **March 15, 2017**       **/s/ Gary S. Austin**
                    UNITED STATES MAGISTRATE JUDGE