# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRYANT,<br><br>          Plaintiff,<br><br>    v.<br><br>R. ROMERO, et al.,<br><br>          Defendants. | 1:12-cv-02074-DAD-GSA-PC<br><br>**ORDER GRANTING JOINT STIPULATION FOR A SEVEN-DAY EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT WADDLE'S MOTION FOR SUMMARY JUDGMENT**<br>**(ECF No. 204.)**<br><br>**DEADLINE:  June 30, 2017** |

      Kevin D. Bryant ("Plaintiff") is a prisoner proceeding with counsel in this civil rights action pursuant to 42 U.S.C. § 1983.  On June 20, 2017, Defendant Waddle and Plaintiff filed a joint stipulation to extend the time for Defendant Waddle to file a reply to Plaintiff's opposition to Defendant Waddle's motion for summary judgment.  (ECF No. 204.)  The parties have stipulated to a seven-day extension of time, from June 23, 2017, until June 30, 2017.

      Good cause appearing, the stipulation shall be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    The stipulation filed by Defendant Waddle and Plaintiff on June 20, 2017, is GRANTED; and

      2.    Defendant Waddle is granted <u>until June 30, 2017</u>, to file a reply to Plaintiff's opposition to Defendant Waddle's motion for summary judgment.

IT IS SO ORDERED.

    Dated:  **June 21, 2017**             **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE