# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | 1:12-cv-02074-DAD-GSA-PC |
| Plaintiff, | ORDER REGARDING NOTICE OF SETTLEMENT |
| v. | (ECF No. 209.) |
| R. ROMERO, et al., | ORDER VACATING CURRENT DEADLINES |
| Defendants. | (ECF No. 208.) |
| | ORDER REMOVING MOTIONS FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR |
| | (ECF Nos. 92, 96.) |
| | ORDER GRANTING REQUEST TO FILE DISPOSITIONAL DOCUMENTS WITHIN SIXTY DAYS |

Kevin Darnell Bryant ("Plaintiff"), a state prisoner proceeding with counsel, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 26, 2012. (ECF No. 1.) This case now proceeds with the First Amended Complaint, filed on December 2, 2013, against defendants Lieutenant (Lt.) Constance Waddle and Correctional Officer (C/O) E. Castellanos, for retaliation against Plaintiff in violation of the First Amendment. (ECF No.16.)

On July 18, 2017, the parties to this case filed a notice of settlement and a request to file dispositional documents within sixty days. (ECF No. 209.) The parties also requested that the

court vacate all current deadlines, including the fourteen-day deadline to file objections to the court's findings and recommendations to deny defendant Waddle's motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that:

1. All current deadlines in this action, including the fourteen-day deadline to file objections to the court's findings and recommendations to deny defendant Waddle's motion for summary judgment, are VACATED;

2. The motions for summary judgment filed on March 28, 2016, and April 1, 2016, are HEREBY DEEMED VACATED from the court's calendar; and

3. The parties are granted sixty days from the date of service of this order in which to file dispositional documents.

IT IS SO ORDERED.

Dated:   **July 19, 2017**           **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE